In the Matter of MANUFACTURERS TRUST COMPANY, Respondent; MULLER PAPER GOODS CO., INC., Appellant.

Submitted September 27, 1939; decided November 14, 1939.

*Joseph Lotterman* and *Louis A. Tepper* for appellant.

*Bernard Diamond* and *Jacquin D. Bierman* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ. Dissenting: HUBBS and FINCH, JJ. Taking no part: CRANE, Ch. J.